UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S. W.,

        Plaintiff,

   v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et al.,

       Defendants.

Case No.  26-cv-00596-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: January 22, 2026

_____
WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California